Matter of Santoro v Meyers (2025 NY Slip Op 01442)

Matter of Santoro v Meyers

2025 NY Slip Op 01442

Decided on March 14, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 14, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., BANNISTER, GREENWOOD, NOWAK, AND KEANE, JJ.

14 CAF 23-01415

[*1]IN THE MATTER OF JOHN N. SANTORO, PETITIONER-APPELLANT,
v
TONYA M. MEYERS, RESPONDENT-RESPONDENT. (APPEAL NO. 2.) 

BENJAMIN L. NELSON, UTICA, FOR PETITIONER-APPELLANT. 
SHARON P. O'HANLON, SYRACUSE, ATTORNEY FOR THE CHILD. 

 Appeal from an order of the Family Court, Oneida County (Julia Brouillette, J.), entered July 28, 2023, in a proceeding pursuant to Family Court Act article 6. The order denied the motion of petitioner to vacate an order of dismissal and to reinstate the petition. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs.
Same memorandum as in Matter of Santoro v Meyers ([appeal No. 1] — AD3d — [Mar. 14, 2025] [4th Dept 2025]).
Entered: March 14, 2025
Ann Dillon Flynn
Clerk of the Court